IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

vs.                                                         No. CIV 14-0405 JB/KBM  
                                                                       CR 13-3724 JB

ALBERTO PRIETO-MOLINA,

    Defendant-Movant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed December 31, 2014 (Doc. 16)("MOO").  In the MOO, the Court dismissed Defendant-Movant Alberto Prieto-Molina's Petition for Writ of Habeas Corpus, filed April 25, 2014 (Doc. 1), and denied his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed June 6, 2014 (Doc. 4).  Pursuant to rule 11(a) of the Rules Governing Section 2255 Cases in the United States District Courts, the Court denied Prieto-Molina a certificate of appealability.  See Order Denying Certificate of Appealability, filed December 31, 2014 (Doc. 17).  There being no more issues in this case, the Court enters final judgment.

**IT IS ORDERED** that this civil proceeding is dismissed, that no certificate of appealability shall issue, and that final judgment is entered.

                                                                       _____  
                                                                      UNITED STATES DISTRICT JUDGE

*Parties and counsel*:

Damon P. Martinez
   United States Attorney
Lynn Wei-Yu Wang
   Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

     *Attorneys for the Plaintiff-Respondent*

Alberto Prieto-Molina
Torrance County Correctional Facility
Estancia, New Mexico

     *Defendant-Movant pro se*